**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-268-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO AUGUST 27, 2007 |
| LUCIO HERNANDEZ ,et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles, represented by his attorney Mr. Michael Hansen; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos; and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, July 23, 2007, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, August 27, 2007, at 10:00 a.m. This date was cleared with the Court's courtroom deputy clerk.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Monday, July 23, 2007, to and including Monday, August 27, 2007, under

1

Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case as all defense counsel are in the process of reviewing the discovery provided to the defense by the government. This also entails discussion with the clients (all of whom speak Spanish, thus requiring the need of an interpreter) of the discovery and the discussions with the client of the Federal Criminal Justice System.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 7-19-07

/s/ Heiko Coppola by e mail authorization
_____
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for the Plaintiff

DATED: 7-19-07

/s/ Matthew C. Bockmon by telephone authorization
_____
MATTHEW C. BOCKMON
Attorney for defendant Eliseo Gomez

DATED: 7-19-07

/s/ Michael Hansen by e mail authorization
_____
MICHAEL HANSEN
Attorney for defendant Jacinto Robles

DATED: 7-19-07

/s/ Dina L. Santos by e mail authorization
_____
DINA L. SANTOS
Attorney for defendant Marco Robles-Guerrero

DATED: 7-19-07

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Lucio Hernandez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JULY 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE