1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-0268-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO OCTOBER 1, 2007 |
| LUCIO HERNANDEZ ,et al., ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles, represented by his attorney Mr. Michael Hansen; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos; and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, August 27, 2007, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, October 1, 2007, at 10:00 a.m.

This date was cleared with the Court's relief courtroom deputy clerk.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Monday, August 27, 2007, to and including Monday, October 1, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the

1

case as all defense counsel are in the process of reviewing the discovery provided to the defense by the government.

The background of the case to date is as follows:

The government filed the criminal complaint on June 1, 2007. On that date three defendants (Eliseo Gomez, Marco Antonio Robles-Guerrero, and Lucio Hernandez) made their initial appearance. All three of these defendants were detained and remain in custody.

The fourth defendant, Jacinto Robles, made his initial appearance on June 5, 2007, with retained counsel. This defendant was ordered temporarily detained. A detention hearing was continued from June 8 to June 14, 2007. At that detention hearing, the defendant Jacinto Robles was detained and remains in custody.

A status conference had been set for July 23, 2007, however, due to ongoing production of discovery, the parties agreed and the Court signed an order continuing the July 23, 2007 status conference to Monday, August 27, 2007. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from July 23, 2007 to August 27, 2007.

The government has continually produced discovery in this case which has been and is being reviewed by defense counsel and with their respective clients. The discovery the defense has received from the government to date, needs to be examined, analyzed and discussed with the defendants to ensure each defendant has knowledge of the case the government has produced to date. In addition, the need for investigation by the defense is required and the additional time will allow that to take place. The need for the extra time outweighs the interest in a speedy trial to allow defense counsel adequate time for proper and reasonable preparation of the case, including investigation, and the parties agree and stipulate to this fact. This also entails discussion with the clients (all of whom speak Spanish, thus requiring the need of an interpreter) of the discovery and the discussions with the client of the Federal

1  Criminal Justice System.

2      The parties stipulate and agree that time under the Speedy Trial Act shall
3  continue be excluded **up to and including Monday, October 1, 2007, under Title 18**
4  **U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**

                        Respectfully submitted,

                        McGREGOR W. SCOTT
                        UNITED STATES ATTORNEY

DATED: 8-23-07     /s/ Heiko Coppola by telephone authorization
                        HEIKO COPPOLA
                        Assistant United States Attorney
                        Attorneys for the Plaintiff

DATED: 8-23-07     /s/ Matthew C. Bockmon by telephone authorization
                        MATTHEW C. BOCKMON
                        Attorney for defendant Eliseo Gomez

DATED: 8-23-07     /s/ Michael Hansen by telephone authorization
                        MICHAEL HANSEN
                        Attorney for defendant Jacinto Robles

DATED: 8-23-07     /s/ Dina L. Santos by telephone authorization
                        DINA L. SANTOS
                        Attorney for defendant Marco Robles-Guerrero

DATED: 8-23-07     /s/ James R. Greiner
                        JAMES R. GREINER
                        Attorney for defendant Lucio Hernandez

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 24, 2007

                        _____
                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE