1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-cr-0268-FCD |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE TO MARCH 3, 2008 |
| LUCIO HERNANDEZ ,et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles, represented by his attorney Mr. Michael Hansen; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos;  and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, January 28, 2008, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, March 3, 2008, at 10:00 a.m.

This date was cleared with the Court's  courtroom deputy clerk. Ms. Maureen Price,  as being available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Monday, January 28, 2008, to and including Monday, March 3, 2008, under

1

1  Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the
2  case as all defense counsel are in the process of reviewing the discovery provided to
3  the defense by the government.
4        The background of the case to date is as follows:
5        The government filed the criminal complaint on June 1, 2007. On that date
6  three defendants (Eliseo Gomez, Marco Antonio Robles-Guerrero, and Lucio
7  Hernandez) made their initial appearance. All three of these defendants were detained
8  and remain in custody. ( See Docket Entry 1, 6, 7, 8, 9).
9        The fourth defendant, Jacinto Robles, made his initial appearance on June 5,
10 2007, with retained counsel. This defendant was ordered temporarily detained. A
11 detention hearing was continued from June 8 to June 14, 2007. At that detention
12 hearing, the defendant Jacinto Robles was detained and remains in custody. (See
13 Docket Entry 10, 13, 14, 15, 16).
14       The indictment was returned on June 14, 2007 and a status conference was set
15 for July 23, 2007. (See Docket Entry 17, 19).
16       A status conference had been set for July 23, 2007, however, due to ongoing
17 production of discovery, the parties agreed and the Court signed an order continuing
18 the July 23, 2007 status conference to Monday, August 27, 2007. Time was excluded
19 under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section
20 (h)(8)(B)(iv) from July 23, 2007 to August 27, 2007. (See Docket Entry 20, 21).
21       On August 24, 2007, the Court signed the stipulation filed on August 23, 2007,
22 continuing this matter to October 1, 2007, and excluding time under the speedy trial
23 act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
24 preparation in the case as all defense counsel are in the process of reviewing the
25 discovery provided to the defense by the government. (See Docket Entry 26, 27).
26       A status conference was held in open court on October 1, 2007, with a further
27 status conference set for November 26, 2007. Time was excluded under the speedy
28

1  trial act under local code T-4, under Title 18 section 3161(h)(8)(B)(ii) for attorney
2  preparation in the case as all defense counsel are in the process of reviewing the
3  discovery provided to the defense by the government. (See Docket Entry 28).
4         A status conference was held in open court on November 26, 2007, with
5  a further status conference set for November 26, 2007. Time was excluded under the
6  speedy trial act under local code T-4, under Title 18 section 3161(h)(8)(B)(ii) for
7  attorney preparation in the case as all defense counsel are in the process of reviewing
8  the discovery provided to the defense by the government. (See Docket Entry 29).
9     The government has continually produced discovery in this case which has been
10 and is being reviewed by defense counsel and with their respective clients.  The
11 discovery the defense has received from the government to date, needs to be
12 examined, analyzed and discussed with the defendants to ensure each defendant has
13 knowledge of the case the government has produced to date. In addition, the need for
14 investigation by the defense is required and the additional time will allow that to take
15 place.  The need for the extra time outweighs the interest in a speedy trial to allow
16 defense counsel adequate time for proper and reasonable preparation of the case,
17 including investigation, and the parties agree and stipulate to this fact. This also
18 entails discussion with the clients (all of whom speak Spanish, thus requiring the need
19 of an interpreter) of the discovery and the discussions with the client of the Federal
20 Criminal Justice System.
21     The parties stipulate and agree that time under the Speedy Trial Act  shall
22 continue be excluded **up to and including Monday, March 3, 2008, under Title 18**
23 **U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**-4.

3

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|  | /s/ Heiko Coppola by telephone authorization |
| DATED: 1-24-08 | _____ |
|  | HEIKO COPPOLA<br>Assistant United States Attorney<br>Attorneys for the Plaintiff |
|  | /s/ Matthew C. Bockmon by telephone  authorization |
| DATED: 1-24-08 | _____ |
|  | MATTHEW C. BOCKMON<br>Attorney for defendant Eliseo Gomez |
|  | /s/ Michael Hansen by telephone authorization |
| DATED: 1-24-08 | _____ |
|  | MICHAEL HANSEN<br>Attorney for defendant Jacinto Robles |
|  | /s/ Dina L. Santos by telephone authorization |
| DATED: 1-24-08 | _____ |
|  | DINA L. SANTOS<br>Attorney for defendant Marco Robles-Guerrero |
|  | /s/ James R. Greiner |
| DATED: 1-24-08 | _____ |
|  | JAMES R. GREINER<br>Attorney for defendant Lucio Hernandez |

**IT IS SO ORDERED.**

DATED: January 25, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE