DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELISEO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0268 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ELISEO GOMEZ, et al., ) | |
| ) | Date:  August 4, 2008 |
| Defendants. ) | Time:  10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and defendants: Eliseo Gomez represented by attorney Mr. Matthew C. Bockmon; Marco Robles-Guerrero represented by his attorney, Ms. Dina L. Santos; and Lucio Hernandez represented by his attorney, Mr. James R. Greiner, hereby stipulate that the status conference presently scheduled for June 23, 2008, be vacated and rescheduled for status conference on August 4, 2008, at 10:00 a.m.

This continuance is being requested for attorney preparation in the case as all defense counsel are in the process of reviewing the discovery provided to the defense by the government.

1      IT IS FURTHER STIPULATED that the period from June 23, 2008,
2 through and including August 4, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: June 19, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ELISEO GOMEZ

Dated: June 19, 2008

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
                                        per telephonic authority

Dated: June 19, 2008

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        DINA L. SANTOS
                                        Attorney for Defendant
                                        Marco Robles-Guerrero

Dated: June 19, 2008

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        JAMES R. GREINER
                                        Attorney for Defendant
                                        Lucio Hernandez

27 / / /
28 / / /

Stip & Order                              2

1                                   **O R D E R**

2 IT IS SO ORDERED.

3

4 Dated:  June 19, 2008

5                                   FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE